131 A.3d 481

Anthony SPINELLI, Jr., Petitioner

v.

Kathleen G. KANE, Attorney General of the Commonwealth of Pennsylvania, Lawrence M. Cherba, Executive Deputy Attorney General of the Commonwealth of Pennsylvania, Laura A. Ditka, Chief Deputy Attorney General of the Commonwealth of Pennsylvania, Respondents.

No. 184 MM 2015.

Supreme Court of Pennsylvania.

Feb. 5, 2016.

## ORDER

PER CURIAM.

AND NOW, this 5th day of February, 2016, the King's Bench Petition and/or Application for Extraordinary Relief is **DENIED.**

Mr. Justice EAKIN did not participate in the consideration or decision of this matter.